1  ADAM PAUL LAXALT
   Attorney General
2  SHANNON C. RICHARDS
   Deputy Attorney General
3  Nevada Bar No. 9660
   555 E. Washington Ave., Ste. 3900
4  Las Vegas, Nevada 89101
   Telephone:  (702) 486-3127
5  Fax:  (702) 486-3871
   Email:  srichards@ag.nv.gov
6  *Attorneys for State of Nevada,*
   *Department of Health and Human Services,*
7  *Richard Whitley and Michael Willden*

8                    **IN THE UNITED STATES DISTRICT COURT**

9                              **DISTRICT OF NEVADA**

10

11

12  LEDENIA LEVI, individually,                  )          CASE NO.:  2:16-cv-00738-JAD-VCF
                                                 )
                     Plaintiff,                  )
13                                               )          **STIPULATION AND ORDER TO**
    vs.                                          )          **DISMISS MICHAEL WILLDEN**
14                                               )
    STATE OF NEVADA, DEPARTMENT                  )
15  OF HEALTH AND HUMAN SERVICES;                )
    MICHAEL WILLDEN, FORMER                      )
16  DIRECTOR AND RICHARD WHITLEY,                )
    CURRENT DIRECTOR, STATE OF                   )
17  NEVADA DEPARTMENT OF HEALTH                  )
    AND HUMAN SERVICES,                          )
18                                               )
                     Defendants.                 )
19  _____  )

20

21                  **STIPULATION AND ORDER TO DISMISS**

22

23          IT IS HEREBY STIPULATED AND AGREED TO by Defendants, STATE OF NEVADA,

24  DEPARTMENT OF HEALTH AND HUMAN SERVICES, MICHAEL WILLDEN and RICHARD

25  WHITLEY by and through their attorneys, ADAM PAUL LAXALT, Attorney General of the State of

26  Nevada, and Shannon C. Richards, Deputy Attorney General and Plaintiff, LEDENIA LEVI, by and

27  through her attorney, Michael P. Balaban, that Plaintiff's Amended Complaint (ECF No. 9) filed on

28  September 21, 2016,  in the above-captioned matter be dismissed against MICHAEL WILLDEN.

*Attorney General's Office*
*555 E. Washington, Suite 3900*
*Las Vegas, NV 89101*

Attorney General's Office
555 E. Washington, Suite 3900
Las Vegas, NV 89101

1    This stipulation is based upon the agreement of the parties, with no attorneys' fees or costs to

2  either party.

3    DATED this 2nd day of November, 2016.

4                                      ADAM PAUL LAXALT
                                       Attorney General
5
                                       By:    /s/ Shannon C. Richards
6                                             SHANNON C. RICHARDS
                                              Deputy Attorney General
7                                             Bar No. 9660
                                              555 East Washington Ave, Suite 3900
8                                             Las Vegas, Nevada 89101
                                              (702) 486-3127
9

10    DATED this 2nd day of November, 2016.

11                                     LAW OFFICES OF MICHAEL P. BALABAN

12                                     By:    /s/ Michael P. Balaban
                                              MICHAEL P. BALABAN
13                                            Bar No. 9370
                                              10726 Del Rudini Street
14                                            Las Vegas, Nevada 89141
                                              (702) 586-2964
15

16    Good cause appearing, the stipulation of the parties [ECF No. 14] is hereby APPROVED, and

17   all claims against defendant Michael Willden are DISMISSED with prejudice, each side to bear its

18  own fees and costs.

19

20    Dated: November 2, 2016.

21   _____

22    UNITED STATES DISTRICT JUDGE

23

24

25

26

27

28