ADAM PAUL LAXALT
Attorney General
SHANNON C. RICHARDS
Deputy Attorney General
Nevada Bar No. 9660
555 E. Washington Ave., Ste. 3900
Las Vegas, Nevada 89101
Telephone: (702) 486-3127
Fax: (702) 486-3871
Email: srichards@ag.nv.gov
*Attorneys for State of Nevada,*
*Department of Health and Human Services,*
*Richard Whitley and Michael Willden*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LEDENIA LEVI, individually<br><br>Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES; MICHAEL WILLDEN, FORMER DIRECTOR AND RICHARD WHITLEY, CURRENT DIRECTOR, STATE OF NEVADA DEPARTMENT OF HEALTH AND HUMAN SERVICES<br><br>Defendants. | CASE NO.: 2:16-cv-00738-JAD-VCF<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

Defendants, **STATE OF NEVADA, DEPARTMENT OF HEALTH AND HUMAN SERVICES** and **RICHARD WHITLEY**[1] by and through their attorneys, ADAM PAUL LAXALT, Attorney General of the State of Nevada, and Shannon C. Richards, Deputy Attorney General and Plaintiff, **LEDENIA LEVI**, by and through her attorney, Michael P. Balaban, hereby stipulate pursuant to FRCP 41(a)(1)(A)(ii), that the above-captioned matter and any and all claims asserted by Plaintiff against Defendants in said captioned action, are hereby **DISMISSED WITH PREJUDICE**.

This stipulation is based upon the settlement agreement of the parties, with no attorneys' fees or costs to either party.

---

[1] Defendant Michael Willden was dismissed from the above-captioned matter by Stipulation and Order [ECF No. 15] dated November 2, 2016.

**SO STIPULATED:**

DATED this 15th day of February, 2017.

                        ADAM PAUL LAXALT
                        Attorney General

                        By:   /s/ Shannon C. Richards
                               SHANNON C. RICHARDS
                               Deputy Attorney General
                               Bar No. 9660
                               555 East Washington Ave, Suite 3900
                               Las Vegas, Nevada 89101
                               (702) 486-3127

DATED this 15th day of February, 2017.

                        LAW OFFICES OF MICHAEL P. BALABAN

                        By:   /s/ Michael P. Balaban
                               MICHAEL P. BALABAN
                               Bar No. 9370
                               10726 Del Rudini Street
                               Las Vegas, Nevada 89141
                               (702) 586-2964

## ORDER

With good cause appearing, and based on the parties' stipulation [ECF No. 21], which terminates all remaining claims, IT IS HEREBY ORDERED that this case is dismissed with prejudice, each party to bear its own fees and costs. The Clerk of Court is directed to CLOSE THIS CASE.

                               _____
                               Jennifer Dorsey
                               U.S. District Judge
                               2/15/17